772 A.2d 911

IN THE MATTER OF HERBERT R. EZOR,
AN ATTORNEY AT LAW

May 24, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–054 concluding that **HERBERT R. EZOR** of **CLIFTON**, who was admitted to the bar of this State in 1971, should be reprimanded for violating *RPC* 1.4(a) (failure to keep a client reasonably informed about the status of a matter and to comply with reasonable requests for information), *RPC* 1.15(a) (failure to safeguard funds and negligent misappropriation of funds), and *RPC* 1.15(b) (failure to deliver funds promptly to a client), and good cause appearing;

It is ORDERED that **HERBERT R. EZOR** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.